No. 93–5864. RHODES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5946. OWENS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6064. MANGRUM *v.* MORRISON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6094. SPARKS *v.* CONTINENTAL EAGLE CORP. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 93–6097. BROOKE *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6106. LEWIS *v.* MORRIS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6112. WILLIAMS *v.* PRICE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–6113. SACK *v.* WAGONER COUNTY, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–6115. ANDRISANI *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6121. TANGUMA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6131. WILKERSON *v.* GUNN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 93–6135. GACHOT *v.* LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 93–6136. SPINDLE *v.* BERRONG, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–6143. STEWART *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.